UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Fort Meyers Division)

Case No.

THE WIGGLEBUTT INN, INC.

    plaintiff,

v.

PLAN B ENTERPRISES, LLC d/b/a
WIGGLEBUTT DOGHOUSE,

    defendant.
_____/

## DECLARATION OF CATHERINE C. GRIEVE

I, Catherine C. Grieve, make the following declaration in support of The Wigglebutt Inn, Inc.'s Complaint and requested relief of a Permanent Injunction:

1. I am a citizen of the United States and reside in Miami-Dade County, Florida. I am over 18 years of age, and I give this declaration on my own personal knowledge.

2. I am an attorney at Rivero Mestre LLP.

3. The Wigglebutt Inn is a boarding and daycare facility for dogs in Naples, Florida.

4. At present, The Wigglebutt Inn owns all right, title, and interest in The Wigglebutt Inn® mark which was registered with the United States Patent and Trademark Office on June 1, 2010 and bears registration number 3,795,703. A printout of the proof of registration, available from the United State's Patent and Trademark Office's Trademark Electronic Search System, is attached as Exhibit A.

5. The Wigglebutt Inn also registered The Wigglebutt Inn trademark in the State of Florida (document number T11000001130). A copy of the Florida Department of State Division of Corporations' website printout for this registration is attached as Exhibit B.

6. On or about June 24, 2011, The Wigglebutt Inn advised Wigglebutt Doghouse of the registered The Wigglebutt Inn® mark and instructed the Wigglebutt Doghouse to cease and desist from infringing upon The Wigglebutt Inn's mark. A copy of the certified letter sent as notice to Wigglebutt Doghouse is attached as Exhibit C.

Under 28 United States Code, Section 1746(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 2, 2011.

_____
CATHERINE GRIEVE

# Exhibit A

 **United States Patent and Trademark Office**
Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Jun 22 04:35:46 EDT 2011*

TESS Home | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# THE WIGGLEBUTT INN

| | |
|---|---|
| **Word Mark** | THE WIGGLEBUTT INN |
| **Goods and Services** | IC 043. US 100 101. G & S: Pet boarding and daycare services for dogs. FIRST USE: 20090909. FIRST USE IN COMMERCE: 20091009 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77846318 |
| **Filing Date** | October 12, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 16, 2010 |
| **Registration Number** | 3795703 |
| **Registration Date** | June 1, 2010 |
| **Owner** | (REGISTRANT) The Wigglebutt Inn, Inc. CORPORATION FLORIDA Suite 3 5400 Jaeger Road Naples FLORIDA 34109 |
| **Attorney of Record** | Christopher A. Mitchell |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

# Exhibit B



# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List   Next on List   Return To List                    Entity Name Search
No Events          No Name History                                  Submit

## Detail by Entity Name

### Trademark
THE WIGGLEBUTT INN

### Filing Information
Document Number      T11000001130
Date Filed           11/10/2011
Expiration Date      11/10/2016
First Used in Florida 07/01/2009
First Used Anywhere  07/01/2009
Status               ACTIVE

### Mark Used In Connection With
DOG DAY CARE AND DOG BOARDING, DOG BATHS

### Owners

**Name & Address**

PAUL, GEORGE S
561 NEAPOLITAN LANE
NAPLES FL 34103

### Type/Class

SM-004300    00000000000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000 00000000000
00000000000 00000000000 00000000000 00000000000 00000000000

### Cross Reference
No Cross Reference

### Document Images
No images are available for this filing.

Note: This is not official record. See documents if question or conflict.

Previous on List   Next on List   Return To List                    Entity Name Search
No Events          No Name History                                  Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |
Copyright © and Privacy Policies
State of Florida, Department of State

# Exhibit C



222 SOUTH MAIN STREET
AKRON, OH 44308
330.376.2700 MAIN
330.376.4577 FAX
sketler@ralaw.com
www.ralaw.com

June 24, 2011

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

*SUBJECT TO FEDERAL RULE OF EVIDENCE 408*

Wigglebutt Doghouse
8455 Moller Road
Suite 500
Indianapolis, IN 46268

Re:   THE WIGGLEBUTT INN, U.S. Trademark Reg. No. 3,795,703

Dear Sir or Madam:

    I represent The Wigglebutt Inn, Inc. ("Wigglebutt Inn"), owner of the valuable THE WIGGLEBUTT INN trademark and U.S. Trademark Registration No. 3,795,703 for that same mark, as referenced above. My client's THE WIGGLEBUTT INN trademark is used and registered for use in the U.S. in connection with "pet boarding and daycare services for dogs". The details of U.S. Trademark Reg. No. 3,795,703 for THE WIGGLEBUTT INN are attached hereto as Attachment A, for your reference. In addition to trademark rights throughout the U.S. conferred by ownership of U.S. Trademark Reg. No. 3,795,703, Wigglebutt Inn has also gained well-established common law rights in THE WIGGLEBUTT INN as a result of its continuous and extensive use of that trademark in commerce in the United States since September 2009.

    Wigglebutt Inn has recently learned that you are operating a business which provides boarding and daycare services for dogs under a WIGGLEBUTT DOGHOUSE trademark and business name, and that you are using a wigglebuttdoghouse.com domain name for the same purposes. See Wigglebutt Doghouse Web Page Print-Out attached hereto as Attachment B.

    Wigglebutt Inn believes that your use of WIGGLEBUTT DOGHOUSE is confusingly similar to its THE WIGGLEBUTT INN trademark and business name. Specifically, your use of WIGGLEBUTT DOGHOUSE as a trademark, business name, and domain name is likely to lead consumers and others to believe that you are associated or affiliated with or sponsored or endorsed by Wigglebutt Inn, when in fact no such association, affiliation, sponsorship or endorsement exists.

    Although your mark and name include the term "DOGHOUSE" rather than "INN", this difference would likely be insufficient to differentiate your trademark and name from those of

NEW YORK    CLEVELAND    TOLEDO    AKRON    COLUMBUS    CINCINNATI
WASHINGTON, D.C.    TALLAHASSEE    ORLANDO    FORT MYERS    NAPLES    FORT LAUDERDALE

1755740_v-01 \ 123541.0004

June 24, 2011
Page 2

my client, due to your inclusion of the distinctive and unique "WIGGLEBUTT" portion. The likelihood of confusion is exacerbated by the fact that your services and those of Wigglebutt Inn are essentially identical. In addition, because Naples, Florida is a resort destination, Wigglebutt Inn does indeed have customers from Indianapolis and other cities in the Midwest. As such, Wigglebutt Inn's customer base and market likely overlap with yours, further increasing the chances of customer confusion.

Given all of the above, we believe that your use of the WIGGLEBUTT DOGHOUSE trademark, business name, and domain name may violate Wigglebutt Inn's rights under the U.S. trademark laws, 15 U.S.C. §§ 1114, 1125(a), (c), and (d), as well as similarly applicable state trademark and deceptive trade practices laws. Furthermore, your use of "WIGGLEBUTT" may dilute the distinctive quality of that term, under 15 U.S.C. § 1125(c) and analogous applicable state laws, and may harm the goodwill that Wigglebutt Inn has developed through its extensive use and promotion of THE WIGGLEBUTT INN.

Wigglebutt Inn seeks to avoid any consumer confusion, deception, or mistake in the market regarding the source of Wigglebutt Inn's services and yours. In addition to avoiding confusion – and noting that you have only recently commenced business operations under the WIGGLEBUTT DOGHOUSE trademark and name – Wigglebutt Inn also seeks to provide you with the courtesy of advising you of this likelihood of confusion now, before you invest more time and money into a trademark and name that is likely to cause confusion.

Accordingly, we ask you to confirm in writing within **fourteen (14) days** of the date of this letter that you will immediately comply with the following steps:

(1) Cease any and all use of the term "WIGGLEBUTT" and similar terms, including without limitation "WIGGLE-BUTT" and "WIGGLE BUTT". Such cessation of use must include, without limitation, cessation of all use on your website(s) and web page(s), in emails and mail solicitations, in all advertising and promotional materials, and in the provision of your services.

(2) Cease any and all use of the term "WIGGLEBUTT" and similar terms, including without limitation "WIGGLE-BUTT" and "WIGGLE BUTT", in your business name(s), corporate name(s), and/or company name(s).

(3) Cease any and all use of the term WIGGLEBUTT and similar terms, including without limitation "WIGGLE-BUTT" and WIGGLE BUTT", in your domain name(s), including without limitation the "wigglebuttdoghouse.com" domain name, and allow the "wigglebuttdoghouse.com" domain name registration to expire without renewal, as it is scheduled to do on November 15, 2011.

June 24, 2011
Page 3

      The demands made in this letter shall not waive or prejudice any rights or remedies that Wigglebutt Inn may have in respect to the subject matter hereof, all of which rights and remedies are expressly reserved. Wigglebutt Inn hopes to resolve this matter amicably, and thanks you in advance for your timely response to this letter.

                Very truly yours,

                ROETZEL & ANDRESS, LPA

                Suzanne K. Ketler

1753537 v_01 \ 123541.0004
1753740 v_01 \ 123541.0004

June 24, 2011
Page 4

## ATTACHMENT A



United States Patent and Trademark Office
Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Jun 22 04:35:46 EDT 2011*

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  BOTTOM  HELP

Logout

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *(Use the "Back" button of the Internet Browser to return to TESS)*

# THE WIGGLEBUTT INN

| | |
|---|---|
| **Word Mark** | THE WIGGLEBUTT INN |
| **Goods and Services** | IC 043. US 100 101. G & S: Pet boarding and daycare services for dogs. FIRST USE: 20090909. FIRST USE IN COMMERCE: 20091009 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77846318 |
| **Filing Date** | October 12, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 16, 2010 |
| **Registration Number** | 3795703 |
| **Registration Date** | June 1, 2010 |

1753537 v_01 \ 123541.0004
1753740 v_01 \ 123541.0004

June 24, 2011
Page 5

| | |
|---|---|
| **Owner** | (REGISTRANT) The Wigglebutt Inn, Inc. CORPORATION FLORIDA Suite 3 5400 Jaeger Road Naples FLORIDA 34109 |
| **Attorney of Record** | Christopher A. Mitchell |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

June 24, 2011
Page 6

## ATTACHMENT B

